JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WIRE CUT COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON M. THOMAS, et al., <br><br> Defendants. | Case 8:23-cv-01535-JVS-ADS <br><br> Honorable James V. Selna <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE PER FRCP 41(a)(1)(A)(2) [91] |

# ORDER

Pursuant to the stipulation of Plaintiffs Wire Cut Company, Inc., Sydney Omar, and Greentree SoCal Investments, LLC, on the one hand, and Defendants Milton M. Thomas and Tina L. Thomas, individually and as Trustees of the Thomas Family Trust, dated November 6, 1986, on the other hand, through their respective attorneys of record, the Court orders as follows:

This action is hereby dismissed *without* prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2) with each party bearing its own costs and attorneys' fees.

The Court shall retain jurisdiction to vacate the dismissal and reopen the action within thirty (30) days from the date of the request by any party(ies) and a showing of good cause as to why a settlement has not been completed and what further settlement processes are necessary.

This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2).

Dated: August 04, 2025

Hon. James V. Selna
United States District Judge